IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE NBR ANTITRUST LITIGATION ) ) ) | Master Docket Civil Action No. 03-1898 |
| THIS DOCUMENT RELATES TO: ) ) ) | Judge Cercone Magistrate Judge Hay |

## ORDER

AND NOW, this 22nd day of August, 2005, after the plaintiffs filed a class action law suit in the above-captioned case, and after defendant Zeon Corporation filed a motion to dismiss for lack of personal jurisdiction, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties ten days after being served with a copy to file written objections thereto, and no objections having been filed, and upon independent review of the motion and the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS ORDERED that the Motion to Dismiss for Lack of Personal Jurisdiction submitted on behalf of defendant Zeon Corporation is denied.

DAVID STEWART CERCONE
United States District Judge

cc: Honorable Amy Reynolds Hay
United States Magistrate Judge

Stanley M. Stein, Esquire
Feldstein, Grinberg, Stein & McKee
428 Boulevard of the Allies
Pittsburgh, PA 15219

Daniel M. Berger, Esquire
Berger & Lagnese
437 Grant Street
912 Frick Building
Pittsburgh, PA 15219

Michael D. Hausfeld, Esquire
Steven H. Schulman, Esquire
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, D.C. 20005-3934

Robert N. Kaplan, Esquire
Richard J. Kilsheimer, Esquire
Jason A. Zweig, Esquire
Kaplan, Kilsheimer & Fox
805 Third Avenue
22nd Floor
New York, NY 10022

Steven O. Sidener, Esquire
Joseph M. Barton, Esquire
Gold, Bennett, Cera & Sidener, L.L.P.
595 Market Street, Suite 2300
San Francisco, CA 94105-2835

Howard J. Sedran, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Bernard J. Berry, Jr., Esquire
Giordano, Halleran & Ciesla
125 Half Mile Road
P.O. Box 190
Middletown, NJ 07748

Andrew B. Sacks, Esquire
John Weston, Esquire
Sacks, Weston, Smolinsky, Albert & Luber
510 Walnut Street
Suite 400
Philadelphia, PA 19106

Steven J. Miller, Esquire
Mark Darnell, Esquire
Goodman Weiss Miller
100 Erieview Plaza
27th Floor
Cleveland, OH 44114-1882

Conrad S.P. Williams, III, Esquire
St. Martin & Williams
4084 Highway 311
Houma, LA 70361-2017

Michael P. Lehman, Esquire
Thomas P. Dove, Esquire
255 Bush Street
15th Floor
San Francisco, CA 94104

John C. Evans, Esquire
Specter, Specter, Evans & Manogue
Koppers Building
26th Floor
Pittsburgh, PA 15219

Bruce E. Gerstein, Esquire
Garwin, Bronzaft, Gersteine & Fisher
1501 Broadway
New York, NY 10036

Steven J. Greenfogel, Esquire
Meredith, Cohen, Greenfogel & Skirnick
117 South Seventeenth Street
22nd Floor, Architects Building
Philadelphia, PA 19103

Steven A. Kanner, Esquire
Much, Shelist, Freed, Denenberg,
  Ament, Bell & Rubenstein
191 North Wacker
Suite 1800
Chicago, IL 60606

Bernard D. Marcus, Esquire
James S. Larrimer, Esquire
Marcus & Shapira LLP
301 Grant Street
35th Floor, One Oxford Centre
Pittsburgh, PA 15219-6401

William J. Baer, Esquire
Richard L. Rosen, Esquire
Franklin J. Liss, Esquire
Robert Mascola, Esquire
John Hutchins, Esquire
Arnold & Porter
Thurman Arnold Building
555 Twelfth Street, N.W.
Washington, DC 20004-1206

W. Joseph Bruckner, Esquire
Yvonne M. Flaherty, Esquire
Lockridge, Grindal, Nauen & Holstein, P.L.L.P.
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401

Anthony J. Bolognese, Esquire
Bolognese & Associates, LLC
One Penn Center
1617 JFK Boulevard, Suite 650
Philadelphia, PA 19103

Mitchel Zemel, Esquire
Samuel H. Foreman, Esquire
Weber Gallagher Simpson Stapleton Fires & Newby LLP
Two Gateway Center, Suite 1450
603 Stanwix Street
Pittsburgh, PA 15222

Daniel I. Booker, Esquire
Debra H. Dermody, Esquire
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219-1886

Benjamin G. Bradshaw, Esquire
Richard G. Parker, Esquire
Ian Simmons, Esquire
O'Melveny & Myers LLP
1625 I Street, N.W.
Washington, DC 20006-4001

Ruthanne Gordon, Esquire
H. Laddie Montague, Jr., Esquire
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103-6365

Joseph C. Kohn, Esquire
Kohn, Swift & Graf, P.C.
One South Street, Suite 2100
Philadelphia, PA 19107

Marc H. Edelson, Esquire
Edelson & Associates, LLC
45 West Court Street
Doylestown, PA 18901

Bernard J. Berry, Jr., Esquire
Giordano, Halleran & Ciesla
125 Half Mile Road
P.O. Box 190
Middletown, NJ 07748

John G. Unice, Esquire
Jones, Day, Reavis & Pogue
500 Grant Street
31st Floor, One Mellon Center
Pittsburgh, PA 15219

James M. Lynch, Esquire
12197 Brecknock Street
Oakton, VA 22124-2348

Susan G. Kupfer, Esquire
Glancy, Binkow & Goldberg
445 Market Street
Suite 1810
San Francisco, CA 94105

Mary Jane Edelstein Fait, Esquire
Wolf Haldenstein Adler Freeman & Herz LLC
55 West Monroe Street, Suite 1111
Chicago, IL 60603

Daniel R. Karon, Esquire
Weinstein, Kitchenoff, Scarlato, Karon & Goldman
55 Public Square
Suite 1500
Cleveland, OH 44113-1998

Mitchel Zemel, Esquire
Samuel H. Foreman, Esquire
Weber Gallagher Simpson
 Stapleton Fires & Newby LLP
Two Gateway Center, Suite 1450
603 Stanwix Street
Pittsburgh, PA 15222

Kevin B. Byrd, Esquire
William V. O'Reilly, Esquire
J. Andrew Read, Esquire
Jones Day
51 Louisiana Avenue
Washington, D.C. 20001

Britt M. Miller, Esquire
Andrew S. Marovitz, Esquire
Andrew J. Schaefer, Esquire
Mayer, Brown, Rowe & Maw, LLP
190 South La Salle Street
Chicago, IL 60603-3441

Jay Christopher Rooney, Esquire
Carmody & Torrance, LLP
18th Floor
195 Church Street
New Haven, CT 06509-1950

Bruce S. Kaplan, Esquire
Robert S. Loigman, Esquire
Friedman, Kaplan, Seiler & Adelman
1633 Broadway
New York, NY 10019

Evan A. Davis, Esquire
Deborah M. Buell, Esquire
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

Mark Leddy, Esquire
Cleary Gottlieb Steen & Hamilton
2000 Pennsylvania Avenue, N.W.
Washington, D.C. 20006-1801

Stewart M. Weltman, Esquire
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
39 South LaSalle Street
Suite 1100
Chicago, IL 60603

Brian Byrne, Esquire
Leah Brannon, Esquire
Jeffrey Leasure, Esquire
Cleary Gottlieb Steen & Hamilton
2000 Pennsylvania Avenue, N.W.
Washington, D.C. 20006-1801